```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CHINESE AMERICAN CIVIL RIGHTS COALITION, INC., | 21-cv-4548 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| DONALD J. TRUMP, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The conference scheduled for August 4, 2021 at 12 p.m. is canceled.

**SO ORDERED.**

Dated: New York, New York
July 28, 2021

_____
John G. Koeltl
United States District Judge