**USPS TRACKING #**

9590 9402 5954 0062 9926 76

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•

CACRL
98 Mott Street, Suite 609
New York, NY 10013

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Donald Trump
c/o Thelma Langer
725 Fifth Ave
New York, NY 10022

9590 9402 5954 0062 9926 76

Article Number (Transfer from service label)
2450 0000 6915 5107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Miguel Mejia

C. Date of Delivery
8/2/

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt