# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**CAPTION:**

Chinese Americans Civil Rights Coalition, Inc
_____

**CERTIFICATE OF SERVICE***

v.

Docket Number: 21-cv-04548 _Errick Gordon_

COPY RECEIVED

AUG 0 3 2021

U.S. ATTORNEY'S OFFICE SDNY
Civil Clerk

# Donald J. Trump
_____

I, Ryan Wu _____, hereby certify under penalty of perjury that
_____(print name)

on 08/03/2021 _____, I served a copy of the Complaint and the Summons
____(date)_____

_____
(list all documents)

by (select all applicable)**

**X** ___ Personal Delivery        ___ United States Mail        ___ Federal Express or other
                                                                              Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| U.S. District Attorney of SDNY | 86 Chambers Street | New York | NY | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

08/03/2021
_____
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)