

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 20, 2021

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Chinese Americans Civil Rights Coalition, Inc. v. Trump*, 21 Civ. 4548 (JGK)

Dear Judge Koeltl:

This Office represents the United States of America (the "Government") in this action against defendant Donald Trump, former President of the United States. This Office was served with the complaint in this action on August 3, 2021. Accordingly, a response to the complaint is currently due October 4, 2021. This Office writes to respectfully request that the deadline to respond to the complaint be extended 30 days, from October 4, 2021, to November 3, 2021. The extension will give this Office the opportunity to gather information necessary to prepare any response of the Government to the complaint. This is the first request for an extension of time to answer the complaint. This extension will not affect any other deadlines in this case. Plaintiff consents to this request.

Thank you for your consideration of this request.

Respectfully,
AUDREY STRAUSS
United States Attorney

By: */s/ Tara Schwartz*
PIERRE G. ARMAND
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2724/2633
Email: pierre.armand@usdoj.gov
tara.schwartz@usdoj.gov

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/20/21