UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Chinese Americans Civil Rights Coalition, Inc.

                  Plaintiff,

-against-

Donald J. Trump
in his former official capacity as
the President of the United States, and as a private citizen

                  Defendant
------------------------------------------------------------

Case No.: 21-cv-04548

WAIVER OF SERVICE
OF SUMMONS

To: Mr. Yu-Xi (Glen) Liu, Esq., plainiff's attorney

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of servicing a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from September 15, 2021, the date when the request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/23/2021

Signature of the Attorney or Unrepresented Party

Donald J. Trump
Printed name of party waiving service of summons

Peter H. Tilem
Printed Name

188 E. Post Street, White Plains, NY 10601
Address

ptilem@tilemandcampbell.com
Email Address

914-833-9785
Phone Number