UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHINESE AMERICANS CIVIL
RIGHTS COALITION, INC.,

    Plaintiff,

 -against-

DONALD J. TRUMP,

    Defendant.

---

1:21-cv-04548 (JGK)

NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Peter H. Tilem, of the law firm Tilem & Associates, P.C., as the undersigned attorney of record in this matter for Defendant Donald J. Trump, and who is duly and regularly admitted to practice in this Court, hereby move this Court to enter an Order for admission, *pro hac vice,* non-resident attorney Jesse R. Binnall for the limited purpose of practicing in this matter as additional counsel of record for Defendant Donald J. Trump.

  In support of this Motion, the undersigned states and certifies as follows:

  1. A notarized Affidavit, completed and executed by Jesse R. Binnall, is attached hereto as Exhibit A.

  2. Upon Information and belief, Jesse R. Binnall is a member in good standing of the highest court of the Commonwealth of Virginia, the Supreme Court of Virginia, and is a member in good standing of the highest court of the State of Idaho, the Supreme Court of Idaho, and is in good standing as a duly licensed member of the Virginia State Bar and Idaho State Bar.

3. Upon information and belief, Mr. Binnall is also admitted to practice before the United States Supreme Court; the United States Circuit Courts of Appeals for the Fourth, Eighth, and District of Columbia; the United States District Courts for the District of Columbia, the District of Idaho, the Southern District of Texas, the Eastern and Western Districts of Virginia, the Eastern District of Wisconsin; and the United States Bankruptcy Court for the Eastern District of Virginia.

4. The Request for Admission demonstrates that Jesse R. Binnall is qualified for admission *pro hac vice* in this Court, and the undersigned respectfully requests that this Motion be looked favorably upon and granted.

Dated: White Plains, New York
     November 11, 2021

Respectfully Submitted,

_____
Peter H. Tilem, NYSBA No. PHT7750
TILEM & ASSOCIATES, P.C.
188 East Post Road
White Plains, New York 10601
Telephone: (914) 833-9785
Fax:
Email: ptilem@tilemandcampbell.com

### CERTIFICATE OF SERVICE

I certify that on November 11, 2021, a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy of all counsel of record.

/s/ Peter H.Tilem
Peter H. Tilem, NYSB PHT7750
ptilem@tilemandcampbell.com

*Attorney for Donald J. Trump*