UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINESE AMERICANS CIVIL RIGHTS
COALITION, INC.,                                     21-cv-4548 (JGK)

              Plaintiff,                      ORDER

    - against -

DONALD J. TRUMP, in his former
official capacity as the President
of the United States, and DONALD J.
TRUMP, as a private citizen,
              Defendants.

JOHN G. KOELTL, District Judge:

    The defendants may proceed with the motion to dismiss. The

motion to dismiss is due **January 7, 2022.** The response is due

**January 28, 2022.** The reply is due **February 11, 2022.** The

conference scheduled for December 13, 2021 is **canceled.**


SO ORDERED.
Dated:    New York, New York
          December 7, 2021

                             John G. Koeltl
                  United States District Judge