AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Chinese Americans Civil Rights Coalition, INC., <br> *Plaintiff* <br> v. <br> Donald J. Trump, <br> *Defendant* | ) <br> ) <br> ) Case No. 1:21-cv-04548 (JGK) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump.

Date: 12/30/2021

*Attorney's signature*

Jesse R. Binnall (VA79292)
*Printed name and bar number*

Binnall Law Group
717 King Street, S. 200
Alexandria, VA 22314

*Address*

Jesse@Binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*