UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINESE AMERICANS CIVIL RIGHTS
COALITION, INC.,

                    Plaintiff,

                    -v-                            21 Civ. 4548 (JGK)

DONALD J. TRUMP, *in his former official capacity as President of the United States*, and DONALD J. TRUMP, *as a private citizen*,

                    Defendants.

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of United States of America's Motion to Dismiss and (2) Declaration of Kimberly Richards dated January 6, 2022, and upon all prior proceedings herein, the United States of America, by and through its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court for an order dismissing the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated November 22, 2021, Plaintiff's opposition is to be served by January 28, 2022; and Defendants' reply is to be served by February 11, 2022.

1

Dated: January 7, 2021
      New York, New York

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney
                                  Southern District of New York

                    By:     _/s/ Tara Schwartz_____
                                  TARA SCHWARTZ
                                  Assistant United States Attorneys
                                  86 Chambers Street, Third Floor
                                  New York, New York 10007
                                  Telephone: (212) 637-2633
                                  E-mail: tara.schwartz@usdoj.gov