| Index | Timestamp | Affiant's Full Name (or Business/Organization Name) | Affiant's City (city name only) | Affiant's State (such as CA, TX, NY, FL, etc.) |
|---|---|---|---|---|
| 1 | 2021/05/21 12:07:08 AM EST | Lewis Y. Liu | New York | NY |
| 2 | 2021/05/22 3:53:18 PM EST | New Vision W Consulting Inc | New York | NY |
| 3 | 2021/05/22 3:56:27 PM EST | Hotel Chinese Association of USA | New York | NY |
| 4 | 2021/05/22 9:34:01 PM EST | Ying Cheng | Rockville | MD |
| 5 | 2021/05/23 6:31:15 AM EST | Wenzhu Sun | Cleveland | OH |
| 6 | 2021/05/23 9:42:40 AM EST | Mongol LLC | Tampa | FL |
| 7 | 2021/05/23 9:44:08 AM EST | Mongol LLC | Tampa | FL |
| 8 | 2021/05/23 10:04:55 AM EST | Rufang Yao | Seattle | WA |
| 9 | 2021/05/23 2:55:08 PM EST | Wenying Xu | Jacksonville | FL |
| 10 | 2021/05/23 7:56:46 PM EST | Yisu Zeng | West Bloomfield | MI |
| 11 | 2021/05/23 10:37:13 PM EST | Lisa Zhang | Phoenix | AZ |
| 12 | 2021/05/23 10:39:24 PM EST | Shuangshuang Shu | Jacksonville | FL |
| 13 | 2021/05/24 12:36:26 AM EST | Hongyue Zhang | San Diego | CA |
| 14 | 2021/05/24 11:21:08 PM EST | Qiang Liu | Nashville | TN |
| 15 | 2021/05/25 9:17:48 AM EST | Xiaoyan Zhang | Wexford | PA |
| 16 | 2021/05/25 4:13:29 PM EST | Way Chang | Houston | TX |
| 17 | 2021/05/25 9:52:56 PM EST | Steven Tse | Elk Grove | CA |
| 18 | 2021/05/26 8:21:42 AM EST | Joseph Chou | Whitestone | NY |
| 19 | 2021/05/26 9:07:12 AM EST | Wan jun chen | New York | NY |
| 20 | 2021/05/26 9:07:52 AM EST | American Chinese Voters alliance Corp | New York | NY |
| 21 | 2021/05/26 9:29:39 AM EST | Edison Lee | flushing | NY |
| 22 | 2021/05/26 9:33:44 AM EST | Jessie xiao | Little Neck | NY |
| 23 | 2021/05/26 10:12:49 AM EST | Sean Zheng | New York | NY |
| 24 | 2021/05/26 10:17:31 AM EST | Kenny Li | Qieens | NY |
| 25 | 2021/05/26 10:23:40 AM EST | Dixon mai | Brooklyn | NY |
| 26 | 2021/05/26 10:29:51 AM EST | Brady Lau | New York | NY |
| 27 | 2021/05/26 10:40:39 AM EST | Michael zhong | NYC | Ny |
| 28 | 2021/05/26 10:54:45 AM EST | Zhuomeihuang | New York | NY |
| 29 | 2021/05/26 10:56:28 AM EST | Noel Aneses | Brooklyn | NY |
| 30 | 2021/05/26 11:12:23 AM EST | Chi Wai Yeung | New York | NY |
| 31 | 2021/05/26 11:13:10 AM EST | Emmie Sun | Asheville | NC |
| 32 | 2021/05/26 12:05:44 PM EST | Hung Wong | Nyc | Ny |
| 33 | 2021/05/26 12:07:01 PM EST | Lilylau | Brooklyn | NY |
| 34 | 2021/05/26 12:25:01 PM EST | joe zhou | new york | NY |
| 35 | 2021/05/26 12:47:12 PM EST | Xu Jiang | New Hyde Park | NY |
| 36 | 2021/05/26 12:51:35 PM EST | Hong Wei Wu | New York City | NY |
| 37 | 2021/05/26 12:59:45 PM EST | liying zhu | Oakland gardens | NY |
| 38 | 2021/05/26 1:17:29 PM EST | xiaxiao guan | Sanbeinadina | CA |
| 39 | 2021/05/26 1:24:32 PM EST | Wen | New York City | NY |
| 40 | 2021/05/26 1:31:00 PM EST | Sammy Chin | New York | NY |
| 41 | 2021/05/26 2:12:16 PM EST | Alice Ip | NYC | NY |
| 42 | 2021/05/26 2:40:20 PM EST | yige liu | bk | ny |
| 43 | 2021/05/26 2:47:52 PM EST | YI Zhou | Queens | NY |
| 44 | 2021/05/26 3:02:13 PM EST | Xuong Ly | Queens | NY |
| 45 | 2021/05/26 3:07:42 PM EST | Sam wi | New York | NY |
| 46 | 2021/05/26 3:40:04 PM EST | Mailing Yu | Brooklyn | NY |
| 47 | 2021/05/26 3:48:32 PM EST | William Yu | New York | NY |
| 48 | 2021/05/26 4:20:36 PM EST | Song quan chen | Brooklyn | NY |
| 49 | 2021/05/26 5:52:59 PM EST | Amy lau | New York | Ny |
| 50 | 2021/05/26 6:43:21 PM EST | Hoi In Mui | Brooklyn | NY |
| 51 | 2021/05/26 7:32:50 PM EST | Mingchu Pearl Huynh | Philadelphia | Pa |
| 52 | 2021/05/26 8:44:14 PM EST | Sui Ling Mailei | Quincy | MA |
| 53 | 2021/05/26 9:41:48 PM EST | Alex Tang | Flushing | NY |
| 54 | 2021/05/27 12:32:51 AM EST | Amy chan | Ozone Park | NY |
| 55 | 2021/05/27 6:00:44 AM EST | Simon Yee | Brooklyn | NY |
| 56 | 2021/05/27 6:07:00 AM EST | Ting yu | New York city | NY |
| 57 | 2021/05/27 6:50:49 AM EST | Q Li | Jacksonville | FL |
| 58 | 2021/05/27 7:18:15 AM EST | Leo Zen | Queens | NY |
| 59 | 2021/05/27 8:51:46 AM EST | Jing Shao chen | New York | Ny |
| 60 | 2021/05/27 8:59:56 AM EST | Wei Wang MD PCAPA | Englewood | NJ |
| 61 | 2021/05/27 9:08:43 AM EST | Xia Li | Bayside | NY |
| 62 | 2021/05/27 9:15:56 AM EST | Jason ding | Philadelphia | PA |
| 63 | 2021/05/27 9:19:08 AM EST | Tracy Xu | Tenafly | NJ |
| 64 | 2021/05/27 9:47:07 AM EST | Wanqi Yang | St.Paul | MN |
| 65 | 2021/05/27 9:48:11 AM EST | Wanqi Yang | St. Paul | MN |

| Index | Timestamp | Affiant's Full Name (or Business/Organization Name) | Affiant's City (city name only) | Affiant's State (such as CA, TX, NY, FL, etc.) |
|---|---|---|---|---|
| 66 | 2021/05/27 9:48:50 AM EST | Wanqi Yang | St. Paul | MN |
| 67 | 2021/05/27 10:21:22 AM EST | Guangming Lan | Tenafly | NJ |
| 68 | 2021/05/27 10:42:32 AM EST | QIN ZHANG | BROOKLYN | NY |
| 69 | 2021/05/27 10:43:22 AM EST | ZHIJIAN CHEN | BROOKLYN | NY |
| 70 | 2021/05/27 3:02:20 PM EST | WENHAI ZHANG | JACKSON HEIGHTS | NY |
| 71 | 2021/05/27 3:09:45 PM EST | Bo Chang | Ft lauderdale | FL |
| 72 | 2021/05/27 3:35:45 PM EST | Pamela Yang | Flushing | NY |
| 73 | 2021/05/27 3:37:19 PM EST | Lengxi Gao | Somerset | NJ |
| 74 | 2021/05/27 3:52:43 PM EST | Xuan Chai-Chin | Matawan | NJ |
| 75 | 2021/05/27 3:56:17 PM EST | Jeff Yang | Valley Stream | NY |
| 76 | 2021/05/27 4:07:06 PM EST | Bing Bonnie Liao | Ridgefield | NJ |
| 77 | 2021/05/27 4:44:04 PM EST | Oi ching cheng | Flishing | NY |
| 78 | 2021/05/27 6:55:25 PM EST | Jenny Zhao | New York | NY |
| 79 | 2021/05/27 9:35:04 PM EST | Kaiping Fu | Acton | Ma |
| 80 | 2021/05/28 11:05:48 AM EST | Florence Christal | Ridgefield Park | NJ |
| 81 | 2021/05/28 2:30:03 PM EST | Ailing Zhang | Staten Island | NY |
| 82 | 2021/05/28 6:06:48 PM EST | Rongen Liu | Flushing | NY |
| 83 | 2021/05/28 7:20:48 PM EST | Dong meilan | New York | NY |
| 84 | 2021/05/28 7:48:52 PM EST | Lani Yu | Centreville | VA |
| 85 | 2021/05/28 8:21:14 PM EST | Ning Zhou | Somerville | MA |
| 86 | 2021/05/28 9:24:49 PM EST | Jerry Li | Oak Creek | WI |
| 87 | 2021/05/28 9:26:18 PM EST | Ina Zhao | Oak Creek | WI |
| 88 | 2021/05/28 9:44:52 PM EST | Lei Wei | Mason | Oh |
| 89 | 2021/05/28 9:45:19 PM EST | kang chen | long island | ny |
| 90 | 2021/05/28 9:52:52 PM EST | William Zhang | Chandler | AZ |
| 91 | 2021/05/28 9:54:15 PM EST | Rose Liang | Chandler | AZ |
| 92 | 2021/05/28 11:06:08 PM EST | zhijian zhou | Belle Mead | NJ |
| 93 | 2021/05/28 11:55:10 PM EST | Janice Lin | Boston | MA |
| 94 | 2021/05/29 1:51:16 AM EST | Elaine Peng | Castro Valley | CA |
| 95 | 2021/05/29 6:06:27 AM EST | Ivy Lam | Plainview | NY |
| 96 | 2021/05/29 6:13:04 AM EST | Harvard Club of NY | New York | NY |
| 97 | 2021/05/29 6:15:43 AM EST | Harvard Club of NY | New York | NY |
| 98 | 2021/05/29 10:05:57 AM EST | Sharon zou | New york | NY |
| 99 | 2021/05/29 10:08:29 AM EST | Kenny zou | New york | NY |
| 100 | 2021/05/29 10:10:47 AM EST | King liu cheung | New york | NY |
| 101 | 2021/05/29 10:50:59 AM EST | Rong Jin Chen | Brooklyn | NY |
| 102 | 2021/05/29 12:05:14 PM EST | Erin Wang | Carmel | IN |
| 103 | 2021/05/29 1:37:22 PM EST | Gangliu Wang | Billerica | MA |
| 104 | 2021/05/29 2:06:41 PM EST | Fan Cheung | Syosset | NY |
| 105 | 2021/05/29 3:53:05 PM EST | Yonghong Zhao | Trooper | PA |
| 106 | 2021/05/29 8:09:18 PM EST | Michael Chen | New York City | NY |
| 107 | 2021/05/29 8:22:28 PM EST | Fei Tao | Staten Island | NY |
| 108 | 2021/05/29 10:10:33 PM EST | Chun Ying WU | Brooklyn | NY |
| 109 | 2021/05/29 10:28:14 PM EST | Lisa Liu | Houston | TX |
| 110 | 2021/05/29 10:36:23 PM EST | Kenny Chen | Brooklyn | NY |
| 111 | 2021/05/29 11:13:19 PM EST | Wei Zhang | Gainesville | FL |
| 112 | 2021/05/29 11:37:17 PM EST | Lyndi Chen | Coral springs | FL |
| 113 | 2021/05/29 11:53:10 PM EST | Barry Kwong | Cleveland | OH |
| 114 | 2021/05/30 3:14:33 AM EST | Sammy Chin | Whitestone | NY |
| 115 | 2021/05/30 3:18:58 AM EST | Ben Du | Germantown | TN |
| 116 | 2021/05/30 4:28:30 AM EST | James Wolff | Bonita Springs | FL |
| 117 | 2021/05/30 5:53:30 AM EST | Ning Sum | Chicago | IL |
| 118 | 2021/05/30 6:40:34 AM EST | Hongjie Li | Center Valley | PA |
| 119 | 2021/05/30 6:43:25 AM EST | celcia he | West New York | NJ |
| 120 | 2021/05/30 6:44:57 AM EST | Bluefield Holdings LLC | West New York | NJ |
| 121 | 2021/05/30 8:46:13 AM EST | Xu Wu | Raleigh | NC |
| 122 | 2021/05/30 9:15:36 AM EST | Yun Feng Nie | New York | NY |
| 123 | 2021/05/30 9:59:35 AM EST | Xianhua Liu | Metairie | LA |
| 124 | 2021/05/30 10:06:04 AM EST | Fang Wang | Wilton | CT |
| 125 | 2021/05/30 10:32:21 AM EST | andrew kwok | arcadia | CA |
| 126 | 2021/05/30 12:18:41 PM EST | Xiaoli Chen | Westlake | OH |
| 127 | 2021/05/30 12:19:38 PM EST | Steven Xiao | Westlake | OH |
| 128 | 2021/05/30 12:30:06 PM EST | Bo Pang | Cincinnati | OH |
| 129 | 2021/05/30 1:27:38 PM EST | MLLKLLC | Portland | OR |
| 130 | 2021/05/30 6:17:53 PM EST | Henry Wang | Lansdale | PA |

| Index | Timestamp | Affiant's Full Name (or Business/Organization Name) | Affiant's City (city name only) | Affiant's State (such as CA, TX, NY, FL, etc.) |
|---|---|---|---|---|
| 131 | 2021/05/30 7:26:21 PM EST | Arthur Huang | Barrington | IL |
| 132 | 2021/05/30 7:27:28 PM EST | Yu Ma | South Setauket | NY |
| 133 | 2021/05/30 7:28:19 PM EST | Yiwen Wang | South Setauket | NY |
| 134 | 2021/05/30 7:31:24 PM EST | Haifeng Wang | Lilburn | GA |
| 135 | 2021/05/30 7:43:28 PM EST | Jinni Hou | Charlotte | NC |
| 136 | 2021/05/30 9:22:45 PM EST | Zhan Welcome | Hartland | CT |
| 137 | 2021/05/30 9:54:31 PM EST | HONG FANG | Tucson | AZ |
| 138 | 2021/05/30 11:04:42 PM EST | Yanyun lin | Winter haven | FL |
| 139 | 2021/05/30 11:28:45 PM EST | Cindy Wang | Sacramento | Ca |
| 140 | 2021/05/30 11:29:03 PM EST | Xunxian Liu | Rockville | MD |
| 141 | 2021/05/30 11:30:06 PM EST | Mei H. Weng | Flushing | NY |
| 142 | 2021/05/30 11:30:13 PM EST | Kelvin Lin | Brooklyn | NY |
| 143 | 2021/05/31 12:30:17 AM EST | Huan Yang | McLean | VA |
| 144 | 2021/05/31 12:40:58 AM EST | Junyin Wu | Sammamish | WA |
| 145 | 2021/05/31 1:23:13 AM EST | Tim chen | San Diego | CA |
| 146 | 2021/05/31 3:05:23 AM EST | Jian Wang | Neshanic Station | NJ |
| 147 | 2021/05/31 5:59:35 AM EST | yougang | Zhai | PA |
| 148 | 2021/05/31 6:55:09 AM EST | Yuping Liu | Cornelius | NC |
| 149 | 2021/05/31 7:04:11 AM EST | Jim Wang | Westlake | OH |
| 150 | 2021/05/31 8:10:06 AM EST | YUMING GUO | BROOKLYN, NY | NY |
| 151 | 2021/05/31 8:14:51 AM EST | Guang wang | Naperville | IL |
| 152 | 2021/05/31 8:37:21 AM EST | HomePro LLC | Claymont | DE |
| 153 | 2021/05/31 8:51:47 AM EST | John Ye | Clackamas | OR |
| 154 | 2021/05/31 9:07:54 AM EST | Qian Wu | Clackamas | OR |
| 155 | 2021/05/31 9:14:25 AM EST | Guoguang Liu | Raleigh | NC |
| 156 | 2021/05/31 9:32:59 AM EST | Wenqian Jin | Troy | MI |
| 157 | 2021/05/31 10:00:34 AM EST | Feng Tu | San Jose | CA |
| 158 | 2021/05/31 10:11:39 AM EST | Ping Gao | HIGHLAND PARK | IL |
| 159 | 2021/05/31 10:27:58 AM EST | Julia Liu | Sunnyvale | CA |
| 160 | 2021/05/31 10:28:10 AM EST | Zhibi wang | Woodridge | IL |
| 161 | 2021/05/31 10:56:08 AM EST | Cindy Wang | Sacramento | Ca |
| 162 | 2021/05/31 11:04:06 AM EST | Sho kohara | New York | NY |
| 163 | 2021/05/31 11:17:58 AM EST | Byron Chan | Johns Creek | GA |
| 164 | 2021/05/31 11:22:06 AM EST | Kwok Lam | New York | NY |
| 165 | 2021/05/31 11:23:53 AM EST | Rufang Yao | Seattle | WA |
| 166 | 2021/05/31 11:46:11 AM EST | Quan Wang | Duluth | GA |
| 167 | 2021/05/31 11:50:28 AM EST | Charlene Liu | Walnut creek | Ca |
| 168 | 2021/05/31 12:05:42 PM EST | Baijun Tian | La Crescenta | CA |
| 169 | 2021/05/31 12:09:19 PM EST | Xiaoyan Chen | New York | NY |
| 170 | 2021/05/31 12:09:20 PM EST | Lani yu | Centreville | Va |
| 171 | 2021/05/31 12:11:36 PM EST | Rosa Lee | New York city | NY |
| 172 | 2021/05/31 12:14:07 PM EST | zheng-sheng zhang | san diego | ca |
| 173 | 2021/05/31 12:22:07 PM EST | Bin Zhu | Auburndale | MA |
| 174 | 2021/05/31 1:02:48 PM EST | Bill Luan | Seattle | WA |
| 175 | 2021/05/31 1:09:13 PM EST | Yan Fang | Cupertino | CA |
| 176 | 2021/05/31 1:16:15 PM EST | Jing Ou | STEVENSON RANCH | CA |
| 177 | 2021/05/31 1:21:09 PM EST | Ka Chau | Brooklyn | NY |
| 178 | 2021/05/31 1:41:55 PM EST | Fang Wang | Wilton | CT |
| 179 | 2021/05/31 2:08:53 PM EST | Nai Tam | Riverside | CA |
| 180 | 2021/05/31 2:17:28 PM EST | Tao Shi | Jericho | NY |
| 181 | 2021/05/31 2:32:38 PM EST | Wen | Houston | TX |
| 182 | 2021/05/31 2:37:28 PM EST | Jack Jiang | Novi | MI |
| 183 | 2021/05/31 2:39:39 PM EST | Yuhuan Tang | Boston | MA |
| 184 | 2021/05/31 2:43:58 PM EST | Dorothy Kehl | New York | NY |
| 185 | 2021/05/31 2:52:27 PM EST | Joan Shen | Chandler | AZ |
| 186 | 2021/05/31 2:55:50 PM EST | Peng jia | Phoenix | AZ |
| 187 | 2021/05/31 2:58:32 PM EST | Yali You | St. Paul | MN |
| 188 | 2021/05/31 3:18:49 PM EST | Zat Liu | New York | NY |
| 189 | 2021/05/31 3:26:35 PM EST | Mi donovan | Boston | MA |
| 190 | 2021/05/31 3:31:39 PM EST | Jenny Zhu | West palm beach | FL |
| 191 | 2021/05/31 3:41:26 PM EST | JAMES CHEN | NORTH BRUNSWICK | NJ |
| 192 | 2021/05/31 3:49:31 PM EST | Yumei Ding | Roslyn | NY |
| 193 | 2021/05/31 4:03:16 PM EST | Martin Lu | Brooklyn | NY |
| 194 | 2021/05/31 4:08:33 PM EST | Liping Kang | Sacramento | CA |
| 195 | 2021/05/31 4:19:24 PM EST | Li Liang | North Potomac | MD |

| Index | Timestamp | Affiant's Full Name (or Business/Organization Name) | Affiant's City (city name only) | Affiant's State (such as CA, TX, NY, FL, etc.) |
|---|---|---|---|---|
| 196 | 2021/05/31 4:25:38 PM EST | Tzu-Shu Kuo | East Brunswick | NJ |
| 197 | 2021/05/31 4:26:08 PM EST | Qunbin Xiong | Philadelphia | PA |
| 198 | 2021/05/31 4:27:10 PM EST | Yongjiong Jiang | Dresher | PA |
| 199 | 2021/05/31 4:37:06 PM EST | Jesse Liu | Short Hills | NJ |
| 200 | 2021/05/31 4:43:49 PM EST | Albert Hom | New York | NY |
| 201 | 2021/05/31 5:13:35 PM EST | Ning Xu | Palo Alto | CA |
| 202 | 2021/05/31 5:23:28 PM EST | Mengke Hu | Salt Lake City | UT |
| 203 | 2021/05/31 5:27:43 PM EST | Nan Smith | Tampa | FL |
| 204 | 2021/05/31 5:30:11 PM EST | ALLAN WONG | PHILADELPHIA | PA |
| 205 | 2021/05/31 5:34:41 PM EST | Xiaodong Qin | Sandy | UT |
| 206 | 2021/05/31 5:41:00 PM EST | Man L. Ng | San Jose | CA |
| 207 | 2021/05/31 5:59:37 PM EST | Ling Liang | Ambler | PA |
| 208 | 2021/05/31 6:14:54 PM EST | Delaware Department of Education | Middletown | DE |
| 209 | 2021/05/31 6:18:53 PM EST | Weley | Plano | TX |
| 210 | 2021/05/31 6:27:20 PM EST | Traci Frederick | manassas | va |
| 211 | 2021/05/31 6:54:33 PM EST | Dana wang | los altos | CA |
| 212 | 2021/05/31 7:21:41 PM EST | Haitao Liu | Pittsburgh | PA |
| 213 | 2021/05/31 7:24:36 PM EST | Bo Zhao | Hartford | CT |
| 214 | 2021/05/31 7:25:47 PM EST | I-hih Wang Ph.D., Professor Emeritus,  Universit | Cincinnati | OH |
| 215 | 2021/05/31 7:49:39 PM EST | Yulong Liang | Raleigh | NC |
| 216 | 2021/05/31 7:55:43 PM EST | Ling Qing Kong | Mason | OH |
| 217 | 2021/05/31 8:12:39 PM EST | Xiaoou Wang | Bellevue | WA |
| 218 | 2021/05/31 9:00:53 PM EST | Katrina Raymond-Ball | Cincinnati | Oh |
| 219 | 2021/05/31 9:28:03 PM EST | Wei Gao | Fort Washington | PA |
| 220 | 2021/05/31 9:35:56 PM EST | Dylan Music Academy | Portland | OR |
| 221 | 2021/05/31 9:49:33 PM EST | Thomas Yu | Fort Washington | PA |
| 222 | 2021/05/31 10:41:45 PM EST | Hong Liu | Middleton | MA |
| 223 | 2021/05/31 10:50:57 PM EST | Elaine Hoo | New York City | NY |
| 224 | 2021/05/31 11:05:59 PM EST | Huizhou Fan | Edison | NJ |
| 225 | 2021/05/31 11:08:27 PM EST | Bodiguard, Inc. | Los Angeles | CA |
| 226 | 2021/05/31 11:11:53 PM EST | Yian Wen | Silver Spring | MD |
| 227 | 2021/06/01 6:48:15 AM EST | Jingyi Li | Rockville | MD |
| 228 | 2021/06/01 7:00:39 AM EST | Peter | Brooklyn | NY |
| 229 | 2021/06/01 7:40:07 AM EST | sha wang | mason | oh |
| 230 | 2021/06/01 7:47:22 AM EST | WEI ZHANG | Winston salem | NC |
| 231 | 2021/06/01 8:15:32 AM EST | Paul Law | New York | NY |
| 232 | 2021/06/01 8:30:33 AM EST | Rita Tang | New York | NY |
| 233 | 2021/06/01 8:37:15 AM EST | Huiqiang Zhou | Chapel Hill | NC |
| 234 | 2021/06/01 8:54:18 AM EST | Su Wang | Knoxville | TN |
| 235 | 2021/06/01 8:55:45 AM EST | Susan Su | Ashburn | VA |
| 236 | 2021/06/01 8:59:12 AM EST | Yuming Hu | San Jose | CA |
| 237 | 2021/06/01 9:38:02 AM EST | Josh Liu | Naperville | IL |
| 238 | 2021/06/01 9:43:47 AM EST | Yanling, CASE WESTERN RESERVE UNIVER | Beachwood | OH |
| 239 | 2021/06/01 10:14:13 AM EST | Angela Cai | East Brunswick | NJ |
| 240 | 2021/06/01 10:36:42 AM EST | Jenny Li | Hockessin | DE |
| 241 | 2021/06/01 11:17:24 AM EST | MARK MA | Baldwin Park | CA |
| 242 | 2021/06/01 11:26:15 AM EST | JIM LI | CARY | NC |
| 243 | 2021/06/01 11:41:01 AM EST | Yuli Gao | Morrisville | NC |
| 244 | 2021/06/01 12:30:15 PM EST | Daniel Chen | Willoughby | OH |
| 245 | 2021/06/01 12:50:55 PM EST | Xiangwen Liu | Austin | TX |
| 246 | 2021/06/01 1:05:21 PM EST | Ruohong Liu | Bellevue | WA |
| 247 | 2021/06/01 2:18:55 PM EST | Xiangyang Pan | Austin | TX |
| 248 | 2021/06/01 3:18:12 PM EST | QINGXIONG LI | MILPITAS | CA |
| 249 | 2021/06/01 3:34:54 PM EST | Corina Zhang | Round rock | TX |
| 250 | 2021/06/01 3:47:09 PM EST | Hong Fung | Pittsburgh | PA |
| 251 | 2021/06/01 4:06:06 PM EST | Yuan Liu | Austin | TX |
| 252 | 2021/06/01 4:54:28 PM EST | Yi Yuan | Buffalo | NY |
| 253 | 2021/06/01 5:22:47 PM EST | Fangfang Yao | Wallingford | PA |
| 254 | 2021/06/01 5:32:31 PM EST | Elaine Y. Su | Poinciana | FL |
| 255 | 2021/06/01 5:51:14 PM EST | Jean shen | Westlake | Oh |
| 256 | 2021/06/01 6:07:26 PM EST | Shuyan Liu | Takoma Park | MD |
| 257 | 2021/06/01 6:16:47 PM EST | Lance Lee | Austin | TX |
| 258 | 2021/06/01 8:38:43 PM EST | Hao Liu | Lake Oswego | OR |
| 259 | 2021/06/01 9:00:04 PM EST | Li Liu | Madison | AL |
| 260 | 2021/06/01 9:02:59 PM EST | Jonathan Yang | Madison | AL |

| Index | Timestamp | Affiant's Full Name (or Business/Organization Name) | Affiant's City (city name only) | Affiant's State (such as CA, TX, NY, FL, etc.) |
|---|---|---|---|---|
| 261 | 2021/06/01 9:39:49 PM EST | M W | Plano | TX |
| 262 | 2021/06/01 9:44:34 PM EST | Wang | Brooklyn | Ny |
| 263 | 2021/06/01 9:51:17 PM EST | Wang | Brooklyn | Ny |
| 264 | 2021/06/01 10:08:03 PM EST | Kawai Tsang | Glen Rock | NJ |
| 265 | 2021/06/01 11:02:22 PM EST | Wennie Wu | Pasadena | CA |
| 266 | 2021/06/01 11:09:07 PM EST | Titus Keng | Fair Oaks | CA |
| 267 | 2021/06/01 11:10:53 PM EST | Vivian W Keng | Fair Oaks | CA |
| 268 | 2021/06/01 11:29:07 PM EST | jim niu | Rowland Heights | ca |
| 269 | 2021/06/01 11:48:32 PM EST | Yue C Wong Realty | San Jose | CA |
| 270 | 2021/06/02 5:52:20 AM EST | Tracy Xu | Tebafly | NJ |
| 271 | 2021/06/02 6:18:07 AM EST | none | HOLLIS | NY |
| 272 | 2021/06/02 8:31:57 AM EST | Guixia Yang | New York | NY |
| 273 | 2021/06/02 8:33:22 AM EST | Min Fang Yang Huang | New York | NY |
| 274 | 2021/06/02 8:36:07 AM EST | Jing song Lin | New York | NY |
| 275 | 2021/06/02 9:43:05 AM EST | BUSINESS & LEGAL TRANSLATION, INC | WEST PALM BEACH | FL |
| 276 | 2021/06/02 10:57:01 AM EST | Yuehshian Tom Chi | San Jose | CA |
| 277 | 2021/06/02 11:02:55 AM EST | Yihauo Shen | Anaheim | CA |
| 278 | 2021/06/02 12:57:22 PM EST | Yanmei Niu | New York | NY |
| 279 | 2021/06/02 12:59:39 PM EST | Ximing Lin | New York | NY |
| 280 | 2021/06/02 1:52:07 PM EST | Duan Wei | San Francisco | CA |
| 281 | 2021/06/02 2:14:58 PM EST | Albert Lau | Fremont | CA |
| 282 | 2021/06/02 5:40:12 PM EST | Yong Tang | San Diego | CA |
| 283 | 2021/06/02 7:08:09 PM EST | Ke Wei | El Cerrito | CA |
| 284 | 2021/06/02 7:42:04 PM EST | wemin chow | Los Altos | CA |
| 285 | 2021/06/02 9:37:42 PM EST | John Chen | New York | NY |
| 286 | 2021/06/02 10:07:50 PM EST | william liu | New york | NY |
| 287 | 2021/06/02 10:36:57 PM EST | Joan Chow | Los Altos | CA |
| 288 | 2021/06/02 10:41:13 PM EST | Daryl Chou | Los Angeles | CA |
| 289 | 2021/06/03 12:05:00 AM EST | Winston Liang | Lafayette | CA |
| 290 | 2021/06/03 12:05:34 AM EST | Chii-Jiang Liu | Cypress | CA |
| 291 | 2021/06/03 2:42:13 AM EST | Angilla Wang | Anaheim Hills | CA |
| 292 | 2021/06/03 9:52:28 AM EST | Daisy Lu | Brooklyn | NY |
| 293 | 2021/06/03 6:28:17 PM EST | Jing Sun | Everett | WA |
| 294 | 2021/06/03 6:45:12 PM EST | Amy Tsang | Scotch Plains | NJ |
| 295 | 2021/06/03 6:46:27 PM EST | Sabrina Ngu | Scotch Plains | NJ |
| 296 | 2021/06/03 8:02:20 PM EST | Ying Lin. | Phoenix | AZ |
| 297 | 2021/06/03 8:34:55 PM EST | Ming Zhou | Palos Heights | IL |
| 298 | 2021/06/03 8:41:25 PM EST | Hsunwanghsueh | Concord | CA |
| 299 | 2021/06/03 11:41:50 PM EST | Kai-ching Chu | Los Altos | CA |
| 300 | 2021/06/04 12:01:18 AM EST | Dorothy Chu | Los Altos | CA |
| 301 | 2021/06/04 12:27:08 AM EST | Augustin Y Chin | Cupertino | CA |
| 302 | 2021/06/04 12:48:19 AM EST | Pearl li | Edison | NJ |
| 303 | 2021/06/04 1:44:44 AM EST | Michael Chu | Los Altos | CA |
| 304 | 2021/06/04 2:19:09 AM EST | Sze-Yau Derek Yiu | Los Altos | CA |
| 305 | 2021/06/04 8:24:16 AM EST | Mei-Chan Duan | Rowland Hts | CA |
| 306 | 2021/06/04 9:20:41 AM EST | Li-ping Su | Los Altos | CA |
| 307 | 2021/06/04 9:44:44 AM EST | Lo Hsieh | Cupertino | CA |
| 308 | 2021/06/04 10:20:57 AM EST | Sidney Hsinhuai Chow | Walnut Creek | CA |
| 309 | 2021/06/04 12:15:51 PM EST | Albert Lee | Saratoga | CA |
| 310 | 2021/06/04 1:55:33 PM EST | Gilbert Chang | Fremont | CA |
| 311 | 2021/06/04 1:57:24 PM EST | Rebecca Chang | Fremont | CA |
| 312 | 2021/06/04 4:02:49 PM EST | Guibao Yang | Lilburn | GA |
| 313 | 2021/06/04 4:55:19 PM EST | Ellen Fan | Walnut Creek | CA |
| 314 | 2021/06/04 7:44:08 PM EST | Hong F Du | New York | NY |
| 315 | 2021/06/04 8:26:11 PM EST | Ying-king Yu | Sunnyvale | CA |
| 316 | 2021/06/04 8:37:45 PM EST | Becky Chang | Fremont | CA |
| 317 | 2021/06/04 11:04:07 PM EST | RUBY TSAO | RENTON | WA |
| 318 | 2021/06/05 9:31:29 AM EST | Sulia Chan | Cresskill | NJ |
| 319 | 2021/06/05 9:48:48 AM EST | Chiachi Tsui | States Island | NY |
| 320 | 2021/06/05 4:49:22 PM EST | Chiachi Tsui | States Island | NY |
| 321 | 2021/06/05 8:30:57 PM EST | Shumin li | Mclean | Va |
| 322 | 2021/06/05 9:54:59 PM EST | Sophie Chen | Cypress | Ca |
| 323 | 2021/06/06 5:12:01 PM EST | Chuanxiang Chi | New York | NY |
| 324 | 2021/06/06 8:00:07 PM EST | Zhiqiang Zhao | Harrington Park | NJ |
| 325 | 2021/06/06 9:44:48 PM EST | Dali Yang | Los Alamos | NM |

| Index | Timestamp | Affiant's Full Name (or Business/Organization Name) | Affiant's City (city name only) | Affiant's State (such as CA, TX, NY, FL, etc.) |
|---|---|---|---|---|
| 326 | 2021/06/07 12:09:00 AM EST | Xi Feng | Broomall | PA |
| 327 | 2021/06/07 9:23:02 AM EST | Li Zhang | Broomall | PA |
| 328 | 2021/06/07 11:31:05 PM EST | Ear-Tronics, Inc. | Fort Myers | FL |
| 329 | 2021/06/07 11:33:27 PM EST | Wendy Kwan | Fort Myers | FL |
| 330 | 2021/06/07 11:34:44 PM EST | Wen Kuo | Fort Myers | FL |
| 331 | 2021/06/08 2:28:59 PM EST | James Jin | Sunnyvale | CA |
| 332 | 2021/06/08 6:18:54 PM EST | Xiaoqin Yu | Alllentown | PA |
| 333 | 2021/06/08 10:25:35 PM EST | tiensun kung | Sugar Land | TX |
| 334 | 2021/06/08 10:26:44 PM EST | lily S. Kung | Sugar Land | TX |
| 335 | 2021/06/09 12:40:47 AM EST | Tzejen Lee | Los Altos | CA |
| 336 | 2021/06/09 8:09:56 PM EST | Henry Chen | New York | NY |
| 337 | 2021/06/11 6:00:33 PM EST | Chun C Lee | Laguna Woods | CA |
| 338 | 2021/06/12 11:50:09 AM EST | Patty chue | New York | NY |
| 339 | 2021/06/22 7:41:46 AM EST | Sheau wei chen | Rockville | MD |
| 340 | 2021/06/27 11:49:47 PM EST | Zhibi wang | Woodridge | IL |
| 341 | 2021/07/09 9:45:39 AM EST | Janice Lin | Boston | MA |
| 342 | 2021/07/15 2:23:25 AM EST | Sinakhone Keodara | Los Angeles | CA |
| 343 | 2021/07/15 12:15:24 PM EST | Baijun Tian | La Crescenta | CA |
| 344 | 2021/07/17 11:55:29 AM EST | yunhe fu | eagan | MN |
| 345 | 2021/07/17 12:24:42 PM EST | Mike wu | New York City | NY |
| 346 | 2021/07/17 5:09:50 PM EST | Qingyuan Jang | Edison | NJ |
| 347 | 2021/07/18 1:26:12 PM EST | Wayne Chang | Falls Church | VA |
| 348 | 2021/07/18 2:07:49 PM EST | william liang | Castro Valley | CA |
| 349 | 2021/07/18 2:33:08 PM EST | Wai Ming Yue | Montebello | CA |
| 350 | 2021/07/18 2:38:43 PM EST | Kelly K. Wong, M.D. | San Francisco | CA |
| 351 | 2021/07/18 4:53:48 PM EST | Vivian Tran | New York | NY |
| 352 | 2021/07/18 6:17:25 PM EST | Ting Hei Mak | Mountain View | CA |
| 353 | 2021/07/18 9:22:03 PM EST | Shijun Huang | Princeton | NJ |
| 354 | 2021/07/18 9:23:00 PM EST | Xiangning Luo | Princeton | NJ |
| 355 | 2021/07/18 10:00:34 PM EST | Ying Liu | Greenville | MS |
| 356 | 2021/07/18 11:41:37 PM EST | Jane Poon | Monterey Park | CA |
| 357 | 2021/07/18 11:42:14 PM EST | Dave Tang | San Marino | CA |
| 358 | 2021/07/18 11:42:47 PM EST | Nguu T. Phan | Rosemead | CA |
| 359 | 2021/07/18 11:43:28 PM EST | Nu T. Ly | Rosemead | CA |
| 360 | 2021/07/19 9:14:28 AM EST | Dican Zhu | South San Francisco | CA |
| 361 | 2021/07/19 10:33:00 AM EST | Tong li | Brooklyn | NY |
| 362 | 2021/07/19 12:30:43 PM EST | Zhong Qin Zheng | Brooklyn | NY |
| 363 | 2021/07/19 12:51:37 PM EST | Dan Lin | Brooklyn | NY |
| 364 | 2021/07/19 1:19:48 PM EST | WEI YAN | Brooklyn | NY |
| 365 | 2021/07/19 2:56:30 PM EST | BI ZHEN CHEN | NEW YORK | NY |
| 366 | 2021/07/19 3:34:41 PM EST | Dong. Chen | Brooklyn. | Ny |
| 367 | 2021/07/19 3:57:38 PM EST | Cindy Liu | New York | NY |
| 368 | 2021/07/19 9:31:37 PM EST | Xuemei Han | Fairfax | VA |
| 369 | 2021/07/20 12:15:39 AM EST | Qiang Tao | Austin | TX |
| 370 | 2021/07/20 6:03:05 AM EST | Ming Xu | Doylestown | PA |
| 371 | 2021/07/20 9:59:17 AM EST | Tina Liao | Tucson | AZ |
| 372 | 2021/07/20 4:13:00 PM EST | Huaimin Wu | Pasadena | CA |
| 373 | 2021/07/21 7:17:48 PM EST | ZHONGQING ZHANG | Hayward | CA |
| 374 | 2021/07/22 6:44:45 PM EST | Chong Yang | Philadelphia | PA |
| 375 | 2021/07/30 11:24:33 AM EST | Weiqiang jiang | Fishers | In |
| 376 | 2021/07/30 9:25:17 PM EST | Ear-Tronics, Inc. | Fort Myers | FL |
| 377 | 2021/11/24 6:50:46 AM EST | Ming Tao Jiang | Wausau | WI |