UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHINESE AMERICANS CIVIL RIGHTS
COALITION, INC.,
                Plaintiff,

- against -

DONALD J. TRUMP,
                Defendant.

21-cv-4548 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff in this case alleges that the defendant is a citizen of Florida, and that the plaintiff is incorporated in New York. Compl. at 3. The plaintiff does not, however, allege its principal place of business. Therefore, in order to determine whether the Court has diversity of citizenship jurisdiction over the claims brought against the defendant in the defendant's personal capacity, the plaintiff should file a sworn declaration by **April 6, 2021** certifying the plaintiff's date and state of incorporation and its principal place of business.

SO ORDERED.
Dated:    New York, New York
           March 31, 2022

                                      John G. Koeltl
                                  United States District Judge