UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHINESE AMERICANS CIVIL RIGHTS
COALITION, INC.,

                       Plaintiff,

      -against-

DONALD J. TRUMP,

                    Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022

21 CIVIL 4548 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 6, 2022, the Court has considered all of the arguments of the parties. To the extent not specifically addressed in the Order, the arguments are either moot or without merit. For the foregoing reasons, the motion to dismiss the claims brought against the defendant in the defendant's official capacity for lack of subject matter jurisdiction is granted. The motion to dismiss the claims brought against the defendant in the defendant's personal capacity is granted because the Court lacks personal jurisdiction over the defendant and because the complaint fails to state a claim upon which relief can be granted. Judgment is entered dismissing this action. The plaintiff has not sought leave to file an amended complaint and any amendment would be futile; accordingly, the case is closed.

**Dated:** New York, New York

        May 6, 2022

                                                            RUBY J. KRAJICK

                                                                 Clerk of Court

                              BY:

                                                                  Deputy Clerk